# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50101
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 7, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Shancey Franklin,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-174-1

---

Before Dennis, Wilson, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Shancey Franklin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Franklin has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Franklin's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.  Franklin's motion for the appointment of new counsel is DENIED as untimely.  *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).